J. MICHAEL KEYES (State Bar No. 262281)
mike.keyes@klgates.com
RACHEL DAVIDSON (State Bar No. 215517)
Rachel.davidson@klgates.com
K&L GATES LLP
Four Embarcadero Center, #1200
San Francisco, California  94111
Telephone:  415-882-8200
Facsimile:  415-882-8220

Attorneys for Plaintiff
Del Monte Fresh Produce, N.A., Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE, N.A., INC.,<br><br>                             Plaintiff,<br>      v.<br>KIPARISSI CORPORATION, d/b/a/ "DEL MONTE PRODUCE"; DIMITRIES TSIGARIS, an individual, JOHN DOES NOS. 1-10,<br><br>                             Defendants. | Case No. CV-11-00682 SI<br><br>**STIPULATION TO FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DIMITRIES TSIGARIS** |

Plaintiff Del Monte Fresh Produce, N.A., Inc. and Defendant Dimitries Tsigaris hereby stipulate to the facts and conclusions contained in the attached Final Judgment and Permanent Injunction and consent to its entry by this Court.

        DATED:  June 16, 2011          Respectfully submitted,

                                       By:   /s Susan Bishop_____
                                             Susan Bishop
                                             Attorney for Defendant Dimitries Tsigaris

        DATED:  June 16, 2011          K&L GATES LLP

                                       By:   /s J. Michael Keyes_____
                                             J. Michael Keyes
                                             Attorney for Plaintiff Del Monte Fresh Produce, N.A., Inc.

```
J. MICHAEL KEYES (State Bar No. 262281)
mike.keyes@klgates.com
RACHEL DAVIDSON (State Bar No. 215517)
Rachel.davidson@klgates.com
K&L GATES LLP
Four Embarcadero Center, #1200
San Francisco, California 94111
Telephone: 415-882-8200
Facsimile: 415-882-8220

Attorneys for Plaintiff
Del Monte Fresh Produce, N.A., Inc.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MONTE FRESH PRODUCE, N.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> KIPARISSI CORPORATION, d/b/a/ "DEL MONTE PRODUCE"; DIMITRIES TSIGARIS, an individual, JOHN DOES NOS. 1-10, <br><br> Defendants. | Case No. CV-11-00682 SI <br><br> [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION |

Plaintiff Del Monte Fresh Produce, N.A., Inc. ("Del Monte Fresh Produce") filed a Complaint alleging trademark infringement and unfair competition under California and federal law against Defendant Dimitries Tsigaris ("Tsigaris") and other parties. Del Monte Fresh Produce alleges that Tsigaris infringed its trademarks in the operation of "Del Monte Produce", a business selling fresh fruit and vegetables. Tsigaris does not admit to these allegations, but consents to entry of this Final Judgment and Permanent Injunction to resolve this matter expeditiously.

The Court now enters this Final Judgment and Permanent Injunction based on the following facts. Each party has waived the right to appeal from this Final Judgment and Permanent Injunction and each party will bear its own fees and costs in connection with this action.

## I. STIPULATED FACTS AND CONCLUSIONS

A. This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Tsigaris. Venue is proper in this Court.

B. Del Monte Fresh Produce is the exclusive U.S. licensee of several valid, federally-registered "Del Monte" trademarks for use in conjunction with fresh fruits and vegetables (the "Licensed Marks"), including:

1. "Del Monte," U.S. Registration No. 881,339;
2. "Del Monte Gold," U.S. Registration No. 2,754,865;
3. "Del Monte Quality," U.S. Registration No. 2,581,586; and
4. "Del Monte Gold Del Monte Quality," U.S. Registration No. 2,287,404.

C. Tsigaris has operated and currently operates a business d/b/a "Del Monte Produce," located at 2400 Del Monte Way, Monterey, CA, 93940 (the physical location hereinafter referred to as "the Property"), wherein he sells fresh fruit and vegetables ("Del Monte Produce").

D. Tsigaris hereby represents and warrants that he is not the owner, lessee, operator, or user of two delivery trucks that contain the infringing name "Del Monte Produce" (the "Infringing Trucks") and that are physically located on the Property. On information and belief, Watsonville Coast Produce, Inc. (the "Owner") owns the Infringing Trucks. Despite Tsigaris' requests that the Owner remove the Infringing Trucks from the Property, the Owner has not removed the Infringing Trucks.

E. Tsigaris hereby represents that he currently maintains a federal Employer Identification Number ("EIN") under the name Dimitires Tsigaris "d/b/a/ Del Monte Produce." Tsigaris further represents and warrants that he does not use, and will not use in the future, the "Del Monte Produce" name in any manner with respect to any business or administrative filings with the federal, state and local authorities.

F.  Tsigaris hereby represents and warrants the he currently maintains business checks with the name "Del Monte Produce" and that these are only used for bills that must be paid by a written check as opposed to an online, debit, or credit payment.

## II.  ORDER

It is hereby ordered and adjudged as follows:

A.  Within sixty (60) days after this Court enters this Final Judgment and Permanent Injunction, Tsigaris and his agents, employees, servants, predecessors, successors, assigns, affiliates, and all persons acting in concert or participating with him who receive actual notice of this Final Judgment and Permanent Injunction, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do the following:

1.  Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising or promoting any consumer products (including fresh fruits, fresh vegetables, and fresh produce) using the name "Del Monte" or any other words or symbols that so resemble the Licensed Marks as to be likely to cause consumers to believe that Tsigaris' business is affiliated with, sponsored by, or is otherwise approved by Plaintiff.  Specifically, Tsigaris shall cause the name "Del Monte Produce" to be removed from the building located at 2400 Del Monte Way, Monterey, CA  93940, and any business property therein or thereon, including but not limited to, delivery trucks, invoices, purchase orders and printed receipts;

2.  Using or filing applications for the registration of trademarks, designs or other intellectual property that is substantially similar to the Licensed Marks;

3.  Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph (A).

4.  Tsigaris shall continue to use his best efforts to contact the Owner of the Infringing Trucks and request that they be removed from the property.  Tsigaris shall also promptly provide a copy of this Final Judgment and Permanent Injunction to the Owner of the Infringing Trucks.

5. Within sixty (60) days after this Court enters this Final Judgment and Permanent Injunction, Tsigaris shall execute and file with the County of Monterey Clerk a "Statement of Abandonment of Use of Fictitious Business Name" for the name "Del Monte Produce."

6. Within 180 days after this Court enters this Final Judgment and Permanent Injunction, Tsigaris will refrain from using the business checks referenced in Paragraph I. F., *supra*.

7. Notwithstanding the above, nothing in this Final Judgment and Permanent Injunction will require Tsigaris to obtain a new EIN, so long as the use of the current EIN conforms to the representations and uses set forth in Paragraph I.E., *supra*. Notwithstanding this paragraph (7), to the extent any use of the current EIN causes any confusion, or causes mistake, or deceives any person as to the affiliation, connection, or association of Tsigaris with Plaintiff, or as to the origin, sponsorship or approval of his goods, services or commercial activities by Plaintiff, then Plaintiff shall have the right to demand that Tsigaris cease and desist from any further use of the current EIN and obtain a new one from the federal government without the name "d/b/a Del Monte Produce."

B. Within seventy (70) days after this Court executes this Final Judgment and Permanent Injunction, Tsigaris shall file with this Court and serve upon Plaintiff's counsel a written report under oath setting forth in detail the manner in which Defendant has complied with this Final Judgment and Permanent Injunction.

C. Should this Court find Tsigaris to be in contempt of this Final Judgment and Permanent Injunction, Tsigaris shall be liable for liquidated damages in the amount of $500.00 for each day that Tsigaris is found to be violation of this Final Judgment and Permanent Injunction. Tsigaris shall also be liable for any attorneys' fees incurred by Plaintiff in any enforcement proceedings brought pursuant to this paragraph (C).

D.  This Court shall retain jurisdiction for the purpose of making any further orders necessary and proper for the construction or modification of this Final Judgment and Permanent Injunction, the enforcement thereof, and/or the punishment for any violations thereof.

E.  For the purpose of any future proceeding to enforce the terms of this Final Judgment and Permanent Injunction, service by mail upon a party or its counsel of record at their last known address shall be deemed adequate notice for each party.

PURSUANT TO STIPULATION IT IS SO ORDERED this  21 day of June, 2011

_____

The Honorable Susan Illston

K:\0440101\00015\17096_RAW\17096P274A-x