1  J. MICHAEL KEYES (State Bar No. 262281)
   mike.keyes@klgates.com
2  RACHEL DAVIDSON (State Bar No. 215517)
   Rachel.davidson@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, #1200
4  San Francisco, California 94111
   Telephone: 415-882-8200
5  Facsimile: 415-882-8220

6
   Attorneys for Plaintiff
7  Del Monte Fresh Produce, N.A., Inc.

8                  **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | DEL MONTE FRESH PRODUCE, N.A., INC., | Case No. CV-11-00682 SI |
   |---|---|
11 | | |
   | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF KIPARISSI CORPORATION; [PROPOSED] ORDER** |
12 | v. | |
13 | KIPARISSI CORPORATION, d/b/a/ "DEL MONTE PRODUCE"; DIMITRIES TSIGARIS, an individual, JOHN DOES NOS. 1-10, | |
14 | | |
15 | | |
   | Defendants. | |
16 | | |

17

18         Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Del Monte Fresh Produce, N.A., Inc., by and

19 through its attorneys of record, hereby voluntarily dismisses Defendant KIPARISSI

20 CORPORATION from the above-captioned action without prejudice.   A proposed Order is attached.

21 Dated: June 23, 2011                              Respectfully submitted,

22                                                  **K&L Gates LLP**

23                                                  By:/s J. Michael Keyes_____
                                                       J. Michael Keyes
24                                                     Attorney for Plaintiff
                                                       DEL MONTE FRESH PRODUCE
25                                                     N.A., INC.

26

27

28

---

1
NOTICE OF DISMISSAL OF KIPARISSI CORPORATION AND PROPOSED ORDER
Case No. CV-11-00682 SI

1
2
3
4
5
6 .
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEL MONTE FRESH PRODUCE, N.A., INC., | Case No. CV-11-00682 SI |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL OF KIPARISSI CORPORATION [Proposed]** |
| v. | |
| KIPARISSI CORPORATION, d/b/a/ "DEL MONTE PRODUCE"; DIMITRIES TSIGARIS, an individual, JOHN DOES NOS. 1-10, | |
| Defendants. | |

The Court having reviewed Plaintiff Del Monte Fresh Produce, N.A., Inc.'s Notice of Voluntary Dismissal of Kiparissi Corporation,

IT IS ORDER that Defendant KIPARISSI CORPORATION is DISMISSED from the above-captioned action without prejudice.

DATED this __24__ day of June, 2011.

_Susan Illston_
HONORABLE SUSAN ILLSTON
United States District Judge

K:\0440101\00015\17096_RAW\17096P276G